IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND D. HASTINGS, #135351, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO 2:13-cv-698-WHA ) |
| KENNETH SCONYERS, WARDEN, et al., | ) (WO) ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #34), entered on July 11, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendants' motion for summary judgment (Doc. #26) is GRANTED.

2. This case is DISMISSED with prejudice.

3. Judgment will be entered in favor of Defendants.

DONE this 2nd day of August, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE